UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VDPP LLC, | CASE NO. C25-1318-KKE |
| Plaintiff(s), | ORDER GRANTING STIPULATED MOTION TO EXTEND TIME |
| v. | |
| ALPINION USA INC., | |
| Defendant(s). | |

The parties filed a stipulated motion to extend the deadline for Defendant to respond to Plaintiff's complaint. Dkt. No. 11. The Court GRANTS the stipulated motion. *Id*. Defendant must respond to the complaint no later than December 24, 2025.

Dated this 20th day of November, 2025.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION TO EXTEND TIME - 1