UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VDPP LLC,<br><br>              Plaintiff(s),<br><br>  v.<br><br>ALPINION USA INC.,<br><br>              Defendant(s). | CASE NO. C25-1318-KKE<br><br>ORDER GRANTING SECOND STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT |

The parties filed a second stipulated motion to extend the deadline for Defendant to respond to Plaintiff's complaint. Dkt. No. 16. The Court GRANTS the stipulated motion. *Id*. Defendant must respond to the complaint no later than February 9, 2026.

Dated this 12th day of December, 2025.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING SECOND STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT - 1